# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TEILBORG, JAMES A. | U. S. DISTRICT COURT | 08/23/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. DISTRICT JUDGE - ACTIVE | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

401 WEST WASHINGTON STREET
SUITE 523-SPC 51
PHOENIX, AZ 85003-2154

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | METROPOLITAN LIFE # 1 (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 08/23/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | METROPOLITAN LIFE (STRUCTURED SETTLEMENT - COMPENSATION FOR PRIOR SERVICES) | $93,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 08/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  RAW LAND, ▨▨▨ (2000, $79,000.) | None | | L | R | | | | | |
| 2.  GENWORTH VARIABLE ANNUITY (FORMERLY G.E. ANNUITY) | | | | | | | | | |
| 3.  --- FIDELITY VIP ASSET MANAGER PORTFOLIO | None | | | | Sold | 01/27/11 | J | B | |
| 4.  --- FIDELITY VIP CONTRAFUND PORTFOLIO | None | | | | Sold | 01/27/11 | J | B | |
| 5.  --- FIDELITY VIP EQUITY-INCOME PORTFOLIO | None | | | | Sold | 01/27/11 | J | B | |
| 6.  --- GOLDMAN SACHS MID CAP VALUE FUND | None | | | | Sold | 01/27/11 | J | B | |
| 7.  --- FIDELITY VIP OVERSEAS PORTFOLIO | None | | | | Sold | 01/27/11 | J | B | |
| 8.  HARTFORD LIFE VARIABLE ANNUITY | | | | | | | | | |
| 9.  --- TEMPLETON GROWTH SECTOR | None | | | | Sold | 12/19/11 | K | B | |
| 10.  --- INVESCO VI MIDCAP EQ (FORMERLY AIM VI MIDCAP ) | None | | | | Sold | 12/19/11 | K | B | |
| 11.  --- AMR ASSET ALLOCATION | None | | | | Sold | 12/19/11 | K | B | |
| 12.  --- AMR GROWTH | None | | | | Sold | 12/19/11 | L | C | |
| 13.  --- MFS NEW DISCOVERY | None | | | | Sold | 12/19/11 | J | A | |
| 14.  --- MFS TOTAL RETURN | None | | | | Sold | 12/19/11 | K | B | |
| 15.  --- MUTUAL SHARES SEC | None | | | | Sold | 12/19/11 | K | B | |
| 16.  PACIFIC LIFE VARIABLE ANNUITY # 1 | | | | | | | | | |
| 17.  --- PIMCO INFLATION MANAGED | None | | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --- PIMCO MANAGED BOND | | None | J | T | | | | | |
| 19. --- T. ROWE PRICE SHRT DUR BD(PREV. MANAGED BY GOLMAN SACHS) | | None | K | T | | | | | |
| 20. --- COMSTOCK-VAN KAMPEN | | None | K | T | | | | | |
| 21. --- JANUS FOCUSED 30 | | None | J | T | | | | | |
| 22. --- LAZARD MID-CAP EQUITY | | None | J | T | | | | | |
| 23. --- BLACK ROCK SMALL CAP INDEX | | None | K | T | | | | | |
| 24. --- JPMORGAN INT'L VALUE (PREV. MANAGED BY BERNSTEIN) | | None | K | T | | | | | |
| 25. --- DIVIDEND GROWTH-T ROWE PRICE | | None | K | T | | | | | |
| 26. THERMOSURGERY, INC. | | None | J | T | | | | | |
| 27. NATIONWIDE FLEXIBLE VARIABLE UNIVERSAL LIFE POLICY | | | | | | | | | |
| 28. --- NVIT MID CAP INDEX 1 | | None | K | T | | | | | |
| 29. --- DREY VIF APPRECIATION PT | | None | K | T | | | | | |
| 30. --- OPP MDCAP/VA NSS | | None | J | T | | | | | |
| 31. --- OPP MS ST/VA NSS | | None | K | T | | | | | |
| 32. --- JnsAspOverseas Svc(Formerly JAS INT'L GRTH PORT SV SHRS) | | None | K | T | | | | | |
| 33. --- NVIT Mult-Mgr MdCap Gr 1 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. PACIFIC LIFE VARIABLE ANNUITY POLICY # 2 (SELECT EXEC II) | | | | | | | | | |
| 35. --- FIXED RATE OPTIONS | | None | J | T | | | | | |
| 36. --- MAIN STREET CORE | | None | J | T | | | | | |
| 37. EQUITABLE LIFE POLICY | | | | | | | | | |
| 38. --- EQ/ INTRMDTE GOVT BOND INDX(FORMERLY ALLBRNSTN INT GOVT) | | None | K | T | | | | | |
| 39. --- EQ/ BLACK ROCK BASIC VALUE EQUITY | | None | K | T | | | | | |
| 40. --- EQ/ MID CAP | | None | J | T | | | | | |
| 41. --- EQ/ LARGE CAP CORE PLUS | | None | J | T | | | | | |
| 42. --- EQ/ EQUITY GROWTH PLUS (FORMERLY EQ /FOCUS PLUS) | | None | K | T | | | | | |
| 43. --- EQ/ INTERNATIONAL CORE PLUS | | None | J | T | | | | | |
| 44. --- MULTIMANAGER SMALL CAP VALUE | | None | K | T | | | | | |
| 45. AMERICAN FUNDS AMCAP FUND, CLASS F | A | Dividend | | | Sold (part) | 02/22/11 | J | A | |
| 46. | | | | | Sold (part) | 06/21/11 | K | D | |
| 47. | | | | | Sold (part) | 09/13/11 | K | A | |
| 48. | | | | | Sold | 12/02/11 | L | E | |
| 49. HARTFORD LIFE INSURANCE LEADERS ANNUITY | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50.      HANGER      INC. | | None | L | U | | | | | |
| 51. FIRST CREDIT UNION ACCOUNTS | A | Interest | J | T | | | | | |
| 52. DELAWARE DIVERSIFIED INCOME FUND | D | Dividend | J | T | Sold (part) | 02/22/11 | M | | |
| 53. | | | | | Buy (add'l) | 02/23/11 | M | | |
| 54. | | | | | Sold (part) | 06/21/11 | J | A | |
| 55. | | | | | Sold (part) | 09/13/11 | J | A | |
| 56. | | | | | Sold (part) | 12/02/11 | J | A | |
| 57. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2013-2016A (NO CONTROL) | A | Int./Div. | J | T | | | | | |
| 58. JOHN HANCOCK FREEDOM 529, PORTFOLIO A, (NO CONTROL) | A | Int./Div. | J | T | | | | | |
| 59. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2017-2020A, (NO CONTROL) | A | Int./Div. | J | T | | | | | |
| 60. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2017-2020A, (NO CONTROL) | A | Int./Div. | J | T | | | | | |
| 61. JOHN HANCOCK FREEDOM 529, PORTFOLIO 2021-20524A (NO CONTROL) | A | Int./Div. | J | T | | | | | |
| 62. NUVEEN MUNICIPAL VALUE FUND | A | Dividend | J | T | | | | | |
| 63. OPPENHEIMER INTL BOND FD CL A | B | Dividend | J | T | Sold (part) | 02/22/11 | J | A | |
| 64. | | | | | Sold (part) | 06/21/11 | J | A | |
| 65. | | | | | Sold (part) | 12/02/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 66. TOUCHSTONE MID CAP GROWTH FUND | | None | | | Sold (part) | 02/22/11 | J | | |
| 67. | | | | | Buy (add'l) | 06/22/11 | J | | |
| 68. | | | | | Sold | 12/02/11 | K | | |
| 69. KEELEY SMALL CAP VALUE FD | | None | | | Sold | 02/22/11 | K | C | |
| 70. FIRST EAGLE OVERSEAS FUND CL A | | None | | | Sold (part) | 02/22/11 | J | A | |
| 71. | | | | | Sold (part) | 06/21/11 | J | A | |
| 72. | | | | | Sold (part) | 09/13/11 | J | B | |
| 73. | | | | | Sold | 12/02/11 | M | E | |
| 74. JPMORGAN MID CAP VALUE FUND CL A | | None | | | Sold (part) | 02/22/11 | J | A | |
| 75. | | | | | Sold (part) | 09/13/11 | J | C | |
| 76. | | | | | Sold | 12/02/11 | K | D | |
| 77. LINCOLN NATIONAL AMERICAN LEGACY III VIEW 14L | | | | | | | | | |
| 78. --- BL CHP INCOME & GROWTH | | None | L | T | | | | | |
| 79. ---GROWTH | | None | M | T | | | | | |
| 80. --- GROWTH & INCOME | | None | L | T | | | | | |
| 81. --- GLOBAL SMALL CAP | | None | J | T | | | | | |
| 82. --- INTERNATIONAL | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. --- NEW WORLD | | None | J | T | | | | | |
| 84. --- GLOBAL GROWTH-INCOME | | None | K | T | | | | | |
| 85. --- GLOBAL GROWTH | | None | L | T | | | | | |
| 86. --- BOND | | None | K | T | Sold (part) | 10/02/11 | J | A | |
| 87. --- GLOBAL BOND | | None | J | T | Sold (part) | 10/02/11 | J | A | |
| 88. --- GOV'T/AAA SECURITIES | | None | K | T | Sold (part) | 10/02/11 | J | A | |
| 89. --- HIGH INCOME BOND | | None | J | T | Sold (part) | 10/02/11 | J | A | |
| 90. VIRTUS ALTERNATIVES DIVERSIFIED FUND CLASS A | | None | | | Sold (part) | 02/22/11 | K | D | |
| 91. | | | | | Sold (part) | 06/21/11 | J | C | |
| 92. | | | | | Sold | 12/02/11 | L | D | |
| 93. AXA EQUITABLE LIFE INSURANCE | A | Int./Div. | J | T | | | | | |
| 94. GENERAL AMERICAN WHOLE LIFE INSURANCE POLICY | A | Int./Div. | J | T | | | | | |
| 95. AQUILA THREE PEAKS | C | Dividend | J | T | Buy (add'l) | 02/23/11 | K | | |
| 96. | | | | | Sold (part) | 06/21/11 | J | | |
| 97. | | | | | Sold (part) | 09/13/11 | J | | |
| 98. | | | | | Sold (part) | 12/02/11 | L | | |
| 99. BLACKROCK INFLATION | A | Dividend | | | Sold | 02/22/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. FIA CARD SERVICES | A | Dividend | J | T | | | | | |
| 101. HARTFORD EQUITY INCOME | B | Dividend | | | Buy (add'l) | 02/23/11 | K | | |
| 102. | | | | | Sold (part) | 06/21/11 | L | D | |
| 103. | | | | | Sold (part) | 09/13/11 | K | | |
| 104. | | | | | Sold | 12/02/11 | M | C | |
| 105. HARTFORD FLOATING | B | Dividend | | | Buy | 02/23/11 | J | | |
| 106. | | | | | Sold | 06/21/11 | L | B | |
| 107. PRUDENTIAL JENNISON | | None | | | Sold (part) | 02/22/11 | K | C | |
| 108. | | | | | Sold (part) | 06/21/11 | K | B | |
| 109. | | | | | Sold | 12/02/11 | K | C | |
| 110. PRUDENTIAL SHORT TERM CORPORATE BOND FD | A | Dividend | | | Sold | 02/22/11 | L | A | |
| 111. TEMPLETON BRIC FD | | None | | | Sold | 02/22/11 | L | B | |
| 112. VAN ECK MULTI-MANAGER | | None | | | Sold | 01/26/11 | K | | |
| 113. HARTFORD GLOBAL REAL ASSET FUND | | None | | | Buy | 06/22/11 | L | | |
| 114. | | | | | Sold | 12/02/11 | K | | |
| 115. HEALTH CARE SELECT SPDR | A | Dividend | | | Buy | 06/22/11 | K | | |
| 116. | | | | | Sold | 12/06/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. ISHARES BARCLAYS 1-3 YEARS TREASURY BOND FD | B | Dividend | M | T | Buy | 02/23/11 | L | | |
| 118. | | | | | Sold (part) | 06/21/11 | J | A | |
| 119. | | | | | Buy (add'l) | 09/13/11 | K | | |
| 120. | | | | | Buy (add'l) | 12/06/11 | M | | |
| 121. | | | | | Sold (part) | 12/06/11 | M | | |
| 122. ISHARES BARCLAYS AGGRT BD FD | | None | N | T | Buy | 12/06/11 | N | | |
| 123. ISHARES BARCLAYS TIPS BOND | | None | J | T | Buy | 12/06/11 | J | | |
| 124. ISHARES BARCLAYS 3-7 YEAR TREASURY BOND FD | | None | M | T | Buy | 12/06/11 | M | | |
| 125. ISHARES BARCLAYS MBS BOND FUND | | None | J | T | Buy | 12/06/11 | J | | |
| 126. ISHARES RUSSELL 1000 GROWTH INDEX FD | A | Dividend | | | Buy | 06/22/11 | K | | |
| 127. | | | | | Buy (add'l) | 09/13/11 | K | | |
| 128. | | | | | Sold | 12/06/11 | L | | |
| 129. ISHARES RUSSELL 1000 VALUE INDEX FD | A | Dividend | | | Buy | 06/22/11 | K | | |
| 130. | | | | | Buy (add'l) | 09/12/11 | K | | |
| 131. | | | | | Sold | 12/06/11 | L | | |
| 132. MAINSTAY FLOATING RATE FUND | A | Dividend | J | T | Buy | 06/22/11 | L | | |
| 133. | | | | | Sold (part) | 12/02/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 134. PENNSYLVANIA MUTUAL FD | | None | | | Buy | 02/23/11 | K | | |
| 135. | | | | | Sold | 12/02/11 | K | | |
| 136. PIMCO 1-3 YR US TREASURY INDEX | A | Dividend | M | T | Buy | 12/06/11 | M | | |
| 137. SECTOR SPDR CONSMRS STPL | A | Dividend | | | Buy | 06/22/11 | K | | |
| 138. | | | | | Sold | 12/06/11 | K | A | |
| 139. SPDR GOLD TRUST | | None | K | T | Buy | 09/13/11 | K | | |
| 140. | | | | | Buy (add'l) | 12/06/11 | K | | |
| 141. SPDR S P BRIC 40 | A | Dividend | | | Buy | 02/23/11 | L | | |
| 142. | | | | | Sold (part) | 09/13/11 | J | | |
| 143. | | | | | Sold | 12/06/11 | K | | |
| 144. VANGUARD INDUSTRIAL ETF | | None | | | Buy | 02/23/11 | K | | |
| 145. | | | | | Buy (add'l) | 09/13/11 | J | | |
| 146. | | | | | Sold | 12/06/11 | K | | |
| 147. VANGUARD INFORMATION TECH | | None | | | Buy | 02/25/11 | L | | |
| 148. | | | | | Buy (add'l) | 06/24/11 | J | | |
| 149. | | | | | Sold | 12/06/11 | L | | |
| 150. VANGUARD SHORT TERM CORPORATE BD | A | Dividend | M | T | Buy | 12/06/11 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 08/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151. VANGUARD SHORT TERM GOV BD | A | Dividend | M | T | Buy | 12/06/11 | M | | |
| 152. VANGUARD TOTAL BOND MKT | B | Dividend | M | T | Buy | 12/06/11 | M | | |
| 153. PRUDENTIAL RETIREMENT B SERIES ANNUITY | | | | | | | | | |
| 154. ---AST SCHRODERS MULTI-ASSET WORLD STRAT. | | None | L | T | Buy | 12/19/11 | L | | |
| 155. ---AST ACADEMIC STRATEGIES ASSET ALLOCATION | | None | L | T | Buy | 12/19/11 | L | | |
| 156. ---AST HORIZON MODERATE ASSET ALLOCATION | | None | L | T | Buy | 12/19/11 | L | | |
| 157. ---AST BLACKROCK GLOBAL STRATEGIES PORT. | | None | L | T | Buy | 12/19/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TEILBORG, JAMES A. | 08/23/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: S/ JAMES A. TEILBORG

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544